IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | |
|---|---|
| KENNETH W. DAVIDSON, #274925, ) <br> ) <br>    Plaintiff, ) <br> v. ) <br> ) <br> ALABAMA DEPARTMENT OF ) <br> CORRECTIONS, *et al.*, ) <br> ) <br>    Defendants. ) | CASE NO.  1:12-cv-0687-TMH <br>           WO |

# **O R D E R**

After an independent review of the file, it is the ORDER, JUDGMENT and DECREE of the court that:

1. The petitioner's objection (Doc. #12) to the Recommendation of the Magistrate Judge filed on September 7, 2012 is overruled;

2. The Recommendation of the Magistrate Judge (Doc. #9) filed on August 27, 2012 is adopted;

3. Plaintiff's claims against the Alabama Department of Corrections is DISMISSED with prejudice prior to service of process pursuant to the provisions of 28 U.S.C. § 1915(e)(2)(B)(i).

4. The Alabama Department of Corrections is DISMISSED as a party to this complaint.

5. This case with respect to the remaining defendants is referred back to the Magistrate Judge for additional proceedings.

DONE this the 14th day of September, 2012.

                                                    /s/ Truman M. Hobbs  
                                      TRUMAN M. HOBBS  
                                      SENIOR UNITED STATES DISTRICT JUDGE