IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | |
|---|---|
| KENNETH W. DAVIDSON, #274 925, ) <br> ) <br>    Plaintiff, ) <br> ) <br> v. ) <br> ) <br> WARDEN SHARON ) <br> MCSWAIN-HOLLAND, *et al*., ) <br> ) <br>    Defendants. ) | CIVIL ACTION NO.: 1:12-CV-687-TMH <br> [WO] |

**RECOMMENDATION OF THE MAGISTRATE JUDGE**

This 42 U.S.C. § 1983 action was filed by Plaintiff on August 9, 2012. On August 24, 2012, the court entered an order of procedure which instructed Plaintiff, among other things, to inform the court of any change in his address. *Doc. No. 8, ¶6(h)*. The order further informed Plaintiff that his failure to comply with this requirement would result in a Recommendation that this case be dismissed. *Id*.

It recently came to the court's attention that Plaintiff is no longer residing at the service address he provided to the court when he filed this complaint. Consequently, the court entered an order on May 1, 2014, directing Plaintiff to provide the court with his present address on or before May 12, 2014. *Doc. No. 22*. Plaintiff was cautioned that his failure to comply with the court's May 1 order would result in a recommendation that this case be dismissed. (*Id*.) Plaintiff has filed no response to the May 1 order and the time for doing so has expired.

As it appears clear that Plaintiff is no longer residing at the most recent service

address he provided to the court and that he has not provided this court with a new address for service, the undersigned concludes that dismissal of the complaint at this juncture is appropriate.

Accordingly, it is the RECOMMENDATION of the Magistrate Judge that this case be DISMISSED without prejudice for Plaintiff's failures to prosecute this action properly and to comply with the orders of this court.

It is further

ORDERED that **on or before June 20, 2014**, the parties may file an objection to the Recommendation. Any objection filed must specifically identify the findings in the Magistrate Judge's Recommendation to which a party objects. Frivolous, conclusive or general objections will not be considered by the District Court. The parties are advised this Recommendation is not a final order and, therefore, it is not appealable.

Failure to file a written objection to the proposed findings and recommendations in the Magistrate Judge's report shall bar a party from a *de novo* determination by the District Court of issues covered in the report and shall bar a party from attacking on appeal factual findings in the report accepted or adopted by the District Court except upon grounds of plain error or manifest injustice. *Nettles v. Wainwright*, 677 F.2d 404 (5th Cir. 1982). *See Stein v. Reynolds Securities, Inc.*, 667 F.2d 33 (11th Cir. 1982). *See also Bonner v. City of Prichard*, 661 F.2d 1206 (11th Cir. 1981, *en banc*), adopting as binding precedent all of the decisions of the former Fifth Circuit handed down prior to the close of business on

September 30, 1981.

    DONE, this 6th day of June, 2014.

                              /s/ Susan Russ Walker
                              SUSAN RUSS WALKER
                              CHIEF UNITED STATES MAGISTRATE JUDGE